# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Christopher L. Coon, | ) | Case No. 1:17-cr-162 |
| | ) | |
| Defendant. | ) | |

On June 18, 2019, defendant filed a motion to amend his conditions of pre-sentence release. Defendant has been conditionally released pending his sentencing hearing on August 29, 2019, at 1:30 p.m. in Bismarck before Chief Judge Hovland. One defendant's release conditions restricts his travel to Roosevelt County in Montana and Williams, McKenzie, and Mountrail Counties in North Dakota, except as authorized by the Pretrial Services Officer. Defendant seeks to amend this travel restriction so that he may travel to Clinton, Iowa, and Gulfport, Mississippi, for work. Additionally, he requests that the travel restriction be amended to permit him to travel out-of-state as necessary for work.

The court **GRANTS** defendant's motion (Doc. No. 44). Defendant is authorized to travel to Iowa and Mississippi on the condition that he provide his supervising Pretrial Services Officer with his travel itinerary and that he return to North Dakota by June 24, 2019. Upon his return, defendant's travel shall again be restricted to Roosevelt, Williams, McKenzie, and Mountrail Counties except as authorized by the Pretrial Services Officer. All other conditions of release previously imposed upon defendant remain in effect.

**IT IS SO ORDERED.**

Dated this 18th day of June, 2019.

                                                  */s/ Clare R. Hochhalter*
                                                  Clare R. Hochhalter, Magistrate Judge
                                                  United States District Court